RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Cristian Hernandez-Cardenas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-00944-DJA-1 |
| Plaintiff, | ORDER **TO CONTINUE PRELIMINARY HEARING** |
| v. | (Second Request) |
| CRISTIAN HERNANDEZ-CARDENAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Cristian Hernandez-Cardenas, that the Preliminary Hearing currently scheduled on February 14, 2022 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties have entered negotiations and need additional time to resolve this matter.

1   2.      Defendant is incarcerated and does not object to a continuance.

2   3.      Additionally, denial of this request for continuance could result in a

3   miscarriage of justice.

4   This is the second request for continuance filed herein.

5   DATED this 11th day of February, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRISTIAN HERNANDEZ-CARDENAS,<br><br>　　　　Defendant. | Case No. 2:21-MJ-00944-DJA-1<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 14, 2022 at the hour of 4:00 p.m., be vacated and continued to April 18, 2022, at 4:00 p.m. Courtroom 3A.

DATED this 11th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge