# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00053-JAD-NJK |
| Plaintiff, | |
| v. | **Order Unsealing Case** |
| CRISTIAN HERNANDEZ-CARDENAS, | ECF No. 19 |
|    aka "Cristian Hernandez Cardenas," | |
|    aka "Cristian Cardenas-Hernandez," | |
|    aka "Cristian Hernandez," | |
|    aka "Cristian Cardenas," | |
|    aka "Cristian Cardenas Hernandez," | |
|    aka "Jesus Haro Chavez," | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Cristian Hernandez-Cardenas,* is unsealed.

**DATED** this 14th day of March, 2022.

By the Court:

_____
Honorable Jennifer A. Dorsey
United States District Judge